# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00223-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHERYL ROOT,

      Defendant.

---

## ORDER QUASHING WARRANT AND WITHDRAWING PETITION TO REVOKE SUPERVISED RELEASE FILED JUNE 12, 2009

---

This matter is before the Court upon a report from the probation officer that on March 3, 2010, the defendant was acquitted on all charges filed in the Adams County District Court, Docket Number 2009-CR-1581. On June 15, 2009, a warrant for violations of supervised release was issued based on this new law violation, and the defendant allegedly consuming alcohol during the course of treatment. Accordingly, it is

ORDERED that the warrant which was issued in this matter dated June 15, 2009, be quashed, and the petition which was filed by the probation officer dated June 12, 2009, be withdrawn.

DATED at Denver, Colorado, this **5th** day of March, 2010.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Judge